# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CHRISTOPHER S. CLARK,**                                                                    **PLAINTIFF**
**ADC #147653**

**v.**                        **CASE NO. 4:11cv00135 BSM/JTK**

**OFFICER ELLIS, et al.**                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the memorandum and order entered in this matter today, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ORDERED this 18th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE