**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHRISTOPHER S. CLARK,
ADC #147653                                                                                                    PLAINTIFF

v.                                              4:11-cv-00135-BSM-JTK

OFFICER ELLIS, et al.                                                                                DEFENDANTS

## ORDER

This Court granted the Motion to Set Aside Summons and Service of Defendants Bingham, Clark and Harris on July 19, 2011 (Doc. No. 35). Defendants are hereby directed to file with the Court, under seal, the last-known addresses of these Defendants within ten days of the date of this Order.

IT IS SO ORDERED this 3rd day of August, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE