**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHRISTOPHER S. CLARK,
ADC #147653                                                                                                    PLAINTIFF

v.                                           4:11-cv-00135-BSM-JTK

OFFICER ELLIS, et al.                                                                                    DEFENDANTS

**ORDER**

By Order dated July 19, 2011, this Court granted the Motion to Set Aside Summons Returned Executed, filed by Defendants Bingham, Clark and Harris (Doc. No. 35). By Order dated August 3, 2011, the Court then directed Defendants to provide the last-known addresses of these Defendants, under seal (Doc. No. 39). Defendants have now provided the last-known addresses of Defendants Chris Bingham and Josh Clark under seal (Doc. No. 42). Defendants state, however, that the White County Sheriff's Office employment records do not reflect that Defendant Harris was ever employed there. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendants Bingham and Clark, and the United States Marshal is hereby directed to serve a copy of the summons and Amended Complaint (Doc. No. 15) on Defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that Plaintiff shall notify the Court of the correct identity and last-known address of Defendant Harris within ten days of the date of this Order. Failure to provide such shall result in the dismissal of Defendant Harris for failure to timely serve, pursuant to FED.R.CIV.P. 4(m).

IT IS SO ORDERED this 23rd day of August, 2011.

                                              _____
                                              JEROME T. KEARNEY
                                              UNITED STATES MAGISTRATE JUDGE