**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHRISTOPHER S. CLARK,
ADC #147653                                                                                          PLAINTIFF

V.                                            4:11-cv-00135-BSM-JTK

OFFICER ELLIS, et al.                                                                          DEFENDANTS

## ORDER

By Order dated August 23, 2011, this Court directed the issuance of summons and service of Plaintiff's Amended Complaint on Defendants Bingham and Clark (Doc. No. 43). Summons was returned, unexecuted, with respect to Defendant Clark on September 14, 2011 (Doc. No. 50). Included with the return and filed under seal is a memo containing Defendant Clark's last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Clark, and the United States Marshal is hereby directed to serve a copy of the summons and Amended Complaint (Doc. No. 15) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 26th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE