IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER S. CLARK,
ADC #147653                                                                                          PLAINTIFF

v.                          CASE NO. 4:11CV00135 BSM/JTK

OFFICER ELLIS,
White County Detention Center, et al.                                                    DEFENDANTS

**ORDER**

The proposed findings and recommended partial disposition [Doc. No. 18] submitted by United States Magistrate Judge Jerome Thomas Kearney and the filed objections [Doc. No. 20] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.  Defendant Brian Duke be DISMISSED from this action, for failure to state a claim.

2.  Plaintiff's allegations against White County inmates be DISMISSED, for failure to state a claim.

Dated this 4th day of October 2011.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE