# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHRISTOPHER S. CLARK,                                                PLAINTIFF
ADC #147653

v.                          4:11-cv-00135-BSM-JTK

OFFICER ELLLIS, et al.                                        DEFENDANTS

## ORDER

Defendants' Motion to Strike Plaintiff's discovery requests as untimely (Doc. No. 88) is GRANTED.[1]

Defendants' Motion for an Extension of Time to file Dispositive Motions (Doc. No. 91) is GRANTED. Dispositive motions shall be filed within fourteen days of the date of this Order.

IT IS SO ORDERED this 26th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff did not file a Response to Defendants' Motion.