IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER S. CLARK
ADC #147653                                                                                        PLAINTIFF

V.                                    4:11-cv-00135-KGB-JTK

OFFICER ELLIS, ET AL.                                                                         DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, as well as a *de novo* review of the record, the Court adopts the proposed findings and recommendations in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 95) is GRANTED in part, with respect to the allegation of torture, and DENIED in all other respects.

IT IS FURTHER ORDERED that Defendants Clark and Harris are DISMISSED without prejudice for failure to serve.

IT IS SO ORDERED this 20 day of August, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE