IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER S. CLARK,
ADC #147653                                                                                                PLAINTIFF

v.                                            4:11-cv-00135-KGB-JTK

OFFICER ELLIS, et al.                                                                                  DEFENDANTS

## ORDER

This case is scheduled for an Evidentiary Hearing at 9:30 a.m., November 28, 2012, in Courtroom 4B, Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Little Rock, Arkansas. The parties shall submit their witness and exhibit lists to the Court no later than October 26, 2012.

The Arkansas Department of Correction (ADC) shall ensure the attendance of Plaintiff, together with his medical and institutional files, at the November 28, 2012 Hearing.

The Clerk of the Court is directed to forward a copy of this Order to the Arkansas Department of Correction Central Transportation/Medical Services, 6814 Princeton Pike, Pine Bluff, AR 71602.

The Clerk also shall forward to Plaintiff a witness/exhibit list form.

IT IS SO ORDERED this 7th day of September, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE