**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHRISTOPHER CLARK,                                                                                           PLAINTIFF
ADC #147653

4:11-cv-00135-JTK

OFFICER ELLIS, et al.                                                                                              DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 11th day of December, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE